Ellen M. Bronchetti (SBN 226975)
Saniya Ahmed (SBN 315535)
GREENBERG TRAURIG, LLP
12830 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (619) 848-2523
Facsimile: (619) 393-0877
ellen.bronchetti@gtlaw.com
saniya.ahmed@gtlaw.com

Bailey A. Hashim (SBN 322098)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
bailey.hashim@gtlaw.com

Priya Singh (SBN CA 342030)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Priya.Singh@gtlaw.com

Attorneys for Defendant
EURОMARKET DESIGNS, INC.

[*Additional Counsel on next page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA CHAVEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUROMARKET DESIGNS, INC. DBA CRATE & BARREL, an Illinois Stock Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-00522-WBS-CSK<br><br>**JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES**<br><br>Action Filed: January 15, 2025 |

Marcus J. Bradley (SBN 174156)
Kiley L. Grombacher (SBN 245960)
BRADLEY/GROMBACHER, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: 805.270.7100
Facsimile: 805.270.7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff
MARTHA CHAVEZ

Defendant EUROMARKET DESIGNS, INC. ("Defendant") and Plaintiff MARTHA CHAVEZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court modify the Status (Pretrial Scheduling) Order and continue the trial date and related pretrial deadlines. This request is made pursuant to Federal Rule of Civil Procedure 16(b)(4), which permits modification of a scheduling order for good cause and with the Court's consent. In support of this Stipulation, the Parties state as follows:

WHEREAS, on June 6, 2025, the Court entered its Status (Pretrial Scheduling) Order (Docket No. 5) setting the following case deadlines:

Expert Disclosures and Reports (Opening): October 2, 2026

Expert Disclosures and Reports (Rebuttal): November 2, 2026

Close of All Discovery: December 2, 2026

Motions Cutoff (excluding continuances, TROs, and emergency applications): February 2, 2027

Final Pretrial Conference: April 19, 2027, at 1:30 p.m.

Jury Trial: June 22, 2027, at 9:00 a.m.;

WHEREAS, since entry of the Scheduling Order, the Parties have diligently litigated this action and have engaged in discovery and case preparation;

WHEREAS, the Parties have agreed to participate in a private mediation, which is currently scheduled for November 11, 2026;

WHEREAS, the Parties wish to devote their efforts and resources to meaningful preparation for and participation in the mediation in order to maximize the likelihood of resolving this matter without the need for further litigation;

WHEREAS, the current opening expert disclosure deadline of October 2, 2026, and rebuttal expert disclosure deadline of November 2, 2026, fall immediately before the scheduled mediation and would require the Parties to incur substantial expert-related and litigation expenses before they have an opportunity to participate in mediation and assess the potential for settlement;

WHEREAS, despite the Parties' diligence, compliance with the current expert disclosure deadlines would require the retention of experts, preparation of expert reports, and attendant litigation

costs during the period in which the Parties are focusing their efforts on mediation and potential resolution;

WHEREAS, the Parties believe that a six-month continuance of the trial date and corresponding pretrial deadlines will permit the Parties to prepare for and participate in mediation in a focused and meaningful manner, conserve litigation resources, avoid potentially unnecessary expert and motion practice, and promote the efficient resolution of this action;

WHEREAS, if the matter does not resolve at mediation, the requested continuance will allow the Parties to conduct expert discovery and complete pretrial preparation in an orderly fashion without the burden of overlapping mediation and expert deadlines;

WHEREAS, this is the Parties' first request to continue the trial date or otherwise modify the Court's Scheduling Order;

WHEREAS, the requested modification is sought in good faith and not for purposes of delay;

WHEREAS, no party will be prejudiced by the requested continuance; and

WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) because the requested continuance will conserve party and judicial resources, facilitate meaningful settlement efforts, avoid potentially unnecessary expert and motion practice, and promote the efficient resolution of this matter.

NOW, THEREFORE, the Parties respectfully request that the Court find good cause and modify the Status (Pretrial Scheduling) Order by continuing the trial date and all related pretrial deadlines by approximately six months, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosures and Reports (Opening) | October 2, 2026 | April 2, 2027 |
| Expert Disclosures and Reports (Rebuttal) | November 2, 2026 | May 3, 2027 |
| Close of All Discovery | December 2, 2026 | June 2, 2027 |
| Motions Cutoff | February 2, 2027 | August 2, 2027 |
| Final Pretrial Conference | April 19, 2027 | October 18, 2027, at 1:30 p.m. |
| Jury Trial | June 22, 2027 | January 4, 2028, at 9:00 a.m. |

The Parties further agree that they will promptly notify the Court if the matter resolves through mediation or otherwise prior to the revised deadlines.

**IT IS SO STIPULATED.**

Dated: August 7, 2026

BRADLEY/GROMBACHER, LLP

By /s/ Marcus J. Bradley
Marcus J. Bradley
Kiley L. Grombacher

Attorneys for Plaintiff
MARTHA CHAVEZ

Dated: August 7, 2026

GREENBERG TRAURIG, LLP

By /s/ Bailey A. Hashim
Ellen M. Bronchetti
Saniya Ahmed
Bailey A. Hashim
Priya Singh

Attorneys for Defendant
EUROMARKET DESIGNS, INC.

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Joint Stipulation to continue the trial date and related deadlines.

The new deadlines are as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures and Reports (Opening) | October 2, 2026 | April 2, 2027 |
| Expert Disclosures and Reports (Rebuttal) | November 2, 2026 | May 3, 2027 |
| Close of All Discovery | December 2, 2026 | June 2, 2027 |
| Motions Cutoff | February 2, 2027 | August 2, 2027 |
| Final Pretrial Conference | April 19, 2027 | October 18, 2027, at 1:30 p.m. |
| Jury Trial | June 22, 2027 | January 4, 2028, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: August 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE